### CAMPBELL v. GOODRICH.

#### PETITION FOR QUO WARRANTO.

*W. J. Thompson* and *Watkins & Rose*, for Petitioner.
*Montgomery & Warwick*, for Defendant.

McCLURE, C. J.—The doctrine announced in *Ramsey vs. Carhart*, disposes of the only question in this case.

· Quo warranto denied, and the case will be stricken from the docket.

GREGG, J., dissenting.